452 A.2d 1016

**In re ESTATE OF Michael G. GRESS, Deceased.**

**Appeal of Elmer GRESS.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1982.

Decided Dec. 10, 1982.

Daniel Zucker, Henry A. Stein, Arthur W. Lefco, Philadelphia, for appellant.

Paul A. McGlone, James J. Zaydon, Jr., Scranton, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Orders affirmed. Each party to bear own costs.